James S. Coon, OSB# 77145
jcoon@stc-law.com
Kimberly K .Tucker, OSB# 02106
ktucker@stc-law.com
SWANSON, THOMAS & COON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

FILED'06 APR 19 13:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY L. GALLAGHER,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

Civil No. 05-844-BR

ORDER

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2581.46 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

    DATED this 18th day of April, 2006.

                                                        /s/ Anna Brown
                                              United States District Judge

Presented by:

/s/ Kimberly K. Tucker
SWANSON, THOMAS & COON
Of Attorneys for Plaintiff

Page 1 - ORDER - GALLAGHER (05-844-BR)